# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRANK HALE, III,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 14-0222-CG-N |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Fed. R. Civ. P. 72(b)(1) and dated April 24, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant Commissioner's final decision issued March 6, 2014, denying Plaintiff Hale's application for DIB and SSI benefits is **AFFIRMED** under 42 U.S.C. §§ 405(g) and 1383(c)(3).

**DONE and ORDERED** this 26th day of May, 2015.

.
/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE