IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK HALE, III, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 14-0222-CG-N |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner and against Plaintiff Hale.

**DONE and ORDERED** this 26th day of May, 2015.

.
                                       /s/ Callie V. S. Granade
                                       UNITED STATES DISTRICT JUDGE